| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 2:16CR00657-001 |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* 2:25-cr-00029-JCM-MDC |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT UTAH | DIVISION CENTRAL |
|---|---|---|
| Travis Frommer | NAME OF SENTENCING JUDGE David Nuffer, Senior U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 07/11/2024 | TO 07/10/2029 |

OFFENSE
Count 1: Possession of Heroin with Intent to Distribute

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

He continues to reside with his mother in Las Vegas, NV, and has significant ties to the community.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ UTAH _____

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ NEVADA _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

2/4/2025
*Date*

*[signature]*
*United States District Judge*

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ NEVADA _____

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

February 25, 2025
*Effective Date*

*James C. Mahan*
*United States District Judge*

1

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Travis Frommer
Case No.:  To be assigned

### REQUEST ACCEPTANCE OF TRANSFER OF JURISDICTION

February 11, 2025

TO:    United States District Judge

On October 10, 2017, Mr. Frommer was sentenced to 108 months imprisonment, followed by 60 months of supervision for committing the offense of Possession of Heroin with Intent to Distribute in the District of Utah. On July 11, 2024, he was released from imprisonment. This same day, Mr. Frommer commenced supervision in the District of Nevada.

Mr. Frommer has significant ties to our community and intends to remain in our district for the duration of supervised release. In order to address any matter that may require Court intervention in an efficient manner, it is respectfully requested the court accept jurisdiction of this case.

Should the Court agree with this request, please countersign the attached Probation Form 22 already signed by the Honorable David Nuffer agreeing to relinquish jurisdiction of this case.

Should the Court have any questions or concerns, please contact the undesigned officer at (702-378-0704 or Zachary_warner@nvp.uscourts.gov

Respectfully submitted,

Digitally signed by Zack Warner
Date: 2025.02.11 12:42:51 -08'00'

Zachary Warner
United States Probation Officer

Approved:

Digitally signed by Steve Goldner
Date: 2025.02.11 07:23:36 -08'00'

Steve M Goldner
Supervisory United States Probation Officer